UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMANIE RILEY, *on behalf of herself and all others similarly situated*,

                Plaintiff,

v.

ARIS NYC CORP,

                Defendant.

24-CV-3659 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On May 24, 2024, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. To date, no letter has been filed.

    The parties shall submit their joint letter no later than September 12, 2024. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    September 6, 2024
             New York, New York

_____
Ronnie Abrams
United States District Judge