UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMANIE RILEY, *on behalf of herself and all others similarly situated*,

                Plaintiff,

v.

ARIS NYC CORP,

                Defendant.

24-CV-3659 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On September 12, 2024, in response to the Court's September 6, 2024 Order, Plaintiff filed a letter stating its intention to seek default judgment within 30 days. To date, no motion for default judgment has been filed. Accordingly, no later than November 26, 2024, Plaintiff shall file a letter providing a status update to the Court and indicating whether it intends to seek default judgment. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    November 19, 2024
            New York, New York

                                                                         Ronnie Abrams
                                                                         United States District Judge