UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMANIE RILEY, *on behalf of herself and all others similarly situated*,

                Plaintiff,

        v.

ARIS NYC CORP,

                Defendant.

24-CV-3659 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      On September 12, 2024, in response to the Court's September 6, 2024 Order, Plaintiff filed a letter stating its intention to seek default judgment within 30 days. Plaintiff failed to seek default judgment within that period. Thus, on November 19, 2024, the Court ordered Plaintiff to file a letter no later than November 26, 2024 providing a status update to the Court and indicating whether it intends to seek default judgment. To date, no letter or motion for default judgment has been filed. Accordingly, Plaintiff shall have until December 11, 2024 to seek default judgment or otherwise provide a status update to the Court. **Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).**

SO ORDERED.

Dated:    December 4, 2024
             New York, New York

                                                        Ronnie Abrams
                                                        United States District Judge